IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re: JSS of Albuquerque, LLC

Debtor.  Bankruptcy No. 17-10092-j11

State of New Mexico,

    Appellant,

v.  1:17-cv-00875-JCH-LF

JSS of Albuquerque, LLC,

    Appellee.


# ORDER ADOPTING MAGISTRATE JUDGE'S
# REPORT AND RECOMMENDATION

THIS MATTER comes before the Court on Magistrate Judge Laura Fashing's Report and Recommendation filed on February 1, 2019. Doc. 19. The State of New Mexico filed its objections on February 8, 2019. Doc. 20. In its objections, the State notifies the Court that it "no longer opposes dismissal of this Appeal." Doc. 20 at 2. The Court construes this statement to indicate that the State concedes that this bankruptcy appeal is moot as explained by the Magistrate Judge. *See* Doc. 19.

IT IS THEREFORE ORDERED that:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 19) is ADOPTED;

2. The State's appeal from bankruptcy court is dismissed with prejudice as moot.

                                              UNITED STATES DISTRICT JUDGE